UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TELAMERICA MEDIA, LLC, dba
CADENT NETWORK,

                    Plaintiff,

          v.                        16-CV-5480 (DAB)

HUNTER, HAMERSMITH & ASSOCIATES      ORDER FOR ADMISSION
ADVERTISING, INC.,                   PRO HAC VICE OF
                                     EVAN M. ROTHSTEIN
                    Defendant.
------------------------------X
DEBORAH A. BATTS, United States District Judge.

     The motion of Evan M. Rothstein ("Applicant") for admission
to practice Pro Hac Vice in the above captioned action is
granted.

     Applicant has declared that he is a member in good standing
of the bar of the state of Colorado; and that his contact
information is as follows:

          Evan M. Rothstein
          BROWNSTEIN HYATT FARBER SCHRECK, LLP
          410 Seventeenth Street, Suite 2200
          Denver, Colorado 80202
          Telephone: 303.223.1116
          E-mail: erothstein@bhfs.com

Applicant having requested admission Pro Hac Vice to appear for
all purposes as counsel for Plaintiff TelAmerica Media, LLC, dba
Cadent Network in the above entitled action;

     **IT IS HEREBY ORDERED** that Applicant is admitted to practice
Pro Hac Vice in the above captioned case in the United States
District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


SO ORDERED.

Dated:     New York, New York
           July __, 2016


                                _____
                                Deborah A. Batts
                                United States District Judge