UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TELAMERICA MEDIA, LLC, dba
CADENT NETWORK,

           Plaintiff,

    v.                              16-CV-5480 (DAB)

HUNTER, HAMERSMITH & ASSOCIATES    ORDER FOR ADMISSION
ADVERTISING, INC.,                   PRO HAC VICE OF
                                          EVAN M. ROTHSTEIN
          Defendant.
------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The motion of Evan M. Rothstein ("Applicant") for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of Colorado; and that his contact information is as follows:

    Evan M. Rothstein
    BROWNSTEIN HYATT FARBER SCHRECK, LLP
    410 Seventeenth Street, Suite 2200
    Denver, Colorado 80202
    Telephone: 303.223.1116
    E-mail: erothstein@bhfs.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff TelAmerica Media, LLC, dba Cadent Network in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated:   New York, New York
         July __, 2016

*Deborah A. Batts*  8/31/16
Deborah A. Batts
United States District Judge