UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELAMERICA MEDIA, LLC d/b/a CADENT NETWORK, a Delaware limited liability company,<br><br>        Plaintiff<br><br>        v.<br><br>HUNTER, HAMMERSMITH & ASSOCIATES ADVERTISING, INC., a Florida Corporation,<br><br>        Defendant. | Index No. 16-cv-05480<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Hunter, Hammersmith & Associates Advertising, Inc. states that defendant has no parent corporation, and that no publically held corporation owns more than 10% of its stock.

Dated: September 12, 2016

**FRANKFURT KURNIT KLEIN & SELZ P.C.**

By:   */s/ Craig B. Whitney*
      Craig B. Whitney
Andrew J. Ungberg
488 Madison Avenue, 10th Floor
New York, New York
Tel: (212) 980-0120
Fax: (212) 593-9175
cwhitney@fkks.com
aungberg@fkks.com

*Attorneys for Defendant Hunter, Hammersmith & Associates Advertising, Inc.*