# Exhibit A

**From:** Michael Bollo <mbollo@telamericamedia.com>
**Subject: Sandals Revised Early Morning News Plan**
**Date:** March 13, 2015 at 10:35:11 AM EDT
**To:** "bludwick@hhadvertising.net" <bludwick@hhadvertising.net>
**Cc:** Linda Martin <lmartin@telamericamedia.com>

Brian,

It was nice to meet you via phone today.

Please see the attached REVISED plan for Early Morning News.  Let us know if you have any questions.

Best wishes,

**Michael Bollo**
SVP, Sales & Operations
**TelAmerica Broadcast**
a **Cross MediaWorks** company
office:   646-841-1785
Mobile: 917-434-0005

**TELAMERICA BROADCAST** *a Cross MEDIAWORKS Company*

**Media Proposal Created on**: 3/12/2015

## 2Q'15 Proposal

| | Early Morning News | Early Morning News | Evening and Late News | Evening and Late News |
|---|---|---|---|---|
| Week of: | :15 | :30 | :15 | :30 |
| 30-Mar | 3x units | 2x units | 3x units | |
| 6-Apr | | | 3x units | |
| 13-Apr | 3x units | 2x units | 2x units | |
| 20-Apr | 3x units | | 3x units | |
| 27-Apr | | | | |
| 4-May | | 1x unit | | 1x unit |
| 11-May | 1x unit | | | 3x units |
| 18-May | | 3x units | | 2x units |
| 25-May | 1x unit | | | 1x unit |
| 1-Jun | | | 2x units | 1x unit |
| 8-Jun | 2x units | | | 2x units |
| 15-Jun | | 2x units | | 1x units |
| 22-Jun | 2x units | | 2x units | |
| **Total** | **15x** | **10x** | **15x** | **11x** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Agency: | HH Advertising | | | | | |
| Client: | Sandals | | | | | |
| Created Specifically For: | | | | | | |
| AE: | Linda Martin | | | | | |
| Demo: | HH, A25-64 | | | | | |
| Daypart: | Early Morning News | | | | | |
| | Evening News and Late News | | | | | |
| Flight: | 2Q'15 - 41x units total - (3/30-6/28/15) | | | | | |
| Length: | :15s & :30s | | | | | |
| % US: | 85% | | | | | |
| Gross Budget: | $413,500 | | | | | |

| Quarter: | Budget | Unit Cost | Units | HH CPM | HH (000) | GRP's |
|---|---|---|---|---|---|---|
| 2Q'15 - EMN - :15 | $90,000 | $6,000 | 15 | $4.65 | 19,358 | 19.4 |
| 2Q'15 - EMN - :30 | $120,000 | $12,000 | 10 | $4.65 | 25,810 | 25.9 |
| 2Q'15 - EN-LN - :15 | $82,500 | $5,500 | 15 | $4.14 | 19,912 | 20.0 |
| 2Q'15 - EN-LN - :30 | $121,000 | $11,000 | 11 | $4.14 | 29,227 | 29.3 |
| | $413,500 | $8,108 | 51 | $4.38 | 94,307 | 94.6 |

| Quarter: | Budget | Unit Cost | Units | A25-64 CPM | A25-64 (000) | GRP's |
|---|---|---|---|---|---|---|
| 2Q'15 - EMN - :15 | $90,000 | $6,000 | 15 | $5.93 | 15,178 | 11.0 |
| 2Q'15 - EMN - :30 | $120,000 | $12,000 | 10 | $5.93 | 20,230 | 14.7 |
| 2Q'15 - EN-LN - :15 | $82,500 | $5,500 | 15 | $5.44 | 15,172 | 11.0 |
| 2Q'15 - EN-LN - :30 | $121,000 | $11,000 | 11 | $5.44 | 22,242 | 16.1 |
| | $413,500 | $8,108 | 51 | $5.68 | 72,822 | 52.8 |

*\*Pricing contingent upon specially secured units in EM News and in EN / LN News.  Units are not moveable week to week and must be trafficked as :30 or :15/:15 paired as a :30.  Inventory is limited to these units, subject to availability at time of order.*

Post Type:                NSI
***TelAmerica Broadcast delivery guaranteed +/-5% of the contracted impressions***

*\*All CPMs are derived from 100% broadcast deliveries, no cable unless otherwise noted.*

TelAmerica Broadcast will use commercially reasonable efforts to hold the rates for the inventory for 10 business days from the proposal date noted above.  Rates and inventory are subject to change and availability at time of order.