# Exhibit B

**From:** Michael Bollo <mbollo@crossmw.com>
**Subject: Sandals**
**Date:** April 21, 2015 at 6:10:03 PM EDT
**To:** "bludwick@hhadvertising.net" <bludwick@hhadvertising.net>
**Cc:** Linda Martin <lmartin@crossmw.com>

Brian,

Attached is the revised Add to schedule per your request:

We have:
- Balanced out the Syndication :15 & :30 second units (11 & 11)
- Revised the start of much of the Early Morning News to post 5:30am start
- Moved units out of this week 4/20 due to timing

Can you please let us know if this is ok to go to order ASAP?

Really appreciate your help with this.

Thanks,

**Michael Bollo**
SVP, Sales
**Cadent Broadcast**
a **Cross MediaWorks** company
office:   646-841-1785
Mobile: 917-434-0005

**TELAMERICA BROADCAST** a Cross MEDIAWORKS Company

**Media Proposal Created on**: 4/21/2015

**2Q'15 Proposal**

| | |
|---|---|
| Agency: | HH Advertising |
| Client: | Sandals |
| Created Specifically For: | |
| AE: | Linda Martin |
| Demo: | A25-64 |
| Daypart: | Early Morning News<br>Evening News and Late News<br>Total Syndication |
| Flight: | 2Q'15 - 47x units total - (4/27-6/28/15) |
| Length: | :30s & :15s |
| % US: | 85% |
| Gross Budget: | $585,148 |

| Quarter: | Budget | Unit Cost | Units | A25-64 CPM | A25-64 (000) | GRP's |
|---|---|---|---|---|---|---|
| 2Q'15 - EN-LN - :15 | $12,000 | $6,000 | 2 | $2.52 | 4,760 | 4.6 |
| 2Q'15 - EN-LN - :30 | $11,000 | $11,000 | 1 | $4.62 | 2,380 | 2.3 |
| 2Q'15 - EMN - :30 | $290,448 | $13,202 | 22 | $9.70 | 29,936 | 28.6 |
| | $313,448 | $12,538 | 25 | $8.45 | 37,076 | 35.5 |

| Quarter: | Budget | Unit Cost | Units | A25-64 CPM | A25-64 (000) | GRP's |
|---|---|---|---|---|---|---|
| 2Q'15 - SYN - :15 | $106,700 | $9,700 | 11 | $9.79 | 10,901 | 10.4 |
| 2Q'15 - SYN - :30 | $165,000 | $15,000 | 11 | $15.14 | 10,901 | 10.4 |
| | $271,700 | $12,350 | 22 | $12.46 | 21,802 | 20.9 |

| Quarter: | Budget | Unit Cost | Units | A25-64 CPM | A25-64 (000) | GRP's |
|---|---|---|---|---|---|---|
| Total 2Q'15 - News | $313,448 | $12,538 | 25 | $8.45 | 37,076 | 35.5 |
| Total 2Q'15 - SYN | $271,700 | $12,350 | 22 | $12.46 | 21,802 | 20.9 |
| **Total** | **$585,148** | **$12,450** | **47** | **$9.94** | **58,878** | **56.3** |

| Week of: | Evening and Late News<br>:15 | Evening and Late News<br>:30 | Early Morning News<br>:30 | Syndication<br>:15 | Syndication<br>:30 |
|---|---|---|---|---|---|
| 27-Apr | | | 5x units | 2x units | 2x units |
| 4-May | | | 4x units | 1x unit | 2x units |
| 11-May | | | 3x units | 1x unit | 1x unit |
| 18-May | | | 1x unit | 2x units | 1x unit |
| 25-May | | | 3x units | 1x unit | 1x unit |
| 1-Jun | | | 2x units | 1x unit | 1x unit |
| 8-Jun | | | 1x unit | 1x unit | 1x unit |
| 15-Jun | | 1x unit | 3x units | 1x unit | 1x unit |
| 22-Jun | 2x units | | | 1x unit | 1x unit |
| **Total** | **2x** | **1x** | **22x** | **11x** | **11x** |

*Most Early Morning News inventory will run post 5:30am as requested.*

*Pricing contingent upon specially secured units in EM News and in EN / LN News.  Units are not moveable week to week. Inventory is limited to these units, subject to availability at time of order.

| | |
|---|---|
| Post Type: | NSI |

***TelAmerica Broadcast delivery guaranteed +/-5% of the contracted impressions***

*All CPMs are derived from 100% broadcast deliveries, no cable unless otherwise noted.*

TelAmerica Broadcast will use commercially reasonable efforts to hold the rates for the inventory for 10 business days from the proposal date noted above.  Rates and inventory are subject to change and availability at time of order.