# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/16

TELAMERICA MEDIA, LLC d/b/a
CADENT NETWORK, a Delaware limited
liability company,

   Plaintiff,

v.

HUNTER, HAMMERSMITH &
ASSOCIATES ADVERTISING, INC., a
Florida Corporation,

   Defendant.

Index No. 16-cv-05480(DAB)

/s/ DAB
10/20/16

[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION
PRO HAC VICE OF
MICHAEL B. CHESAL

  This Court, having considered Defendant Hunter, Hammersmith & Associates Advertising, Inc.'s motion for admission *pro hac vice*, and the accompanying declaration of Craig B. Whitney, dated October 18, 2016, hereby finds that Michael B. Chesal of Peretz Chesal & Herrmann, P.L., is a member in good standing of the bar of the State of Florida, and that his contact information is as follows:

> **PERETZ, CHESAL & HERRMANN, P.L.**
> Michael B. Chesal (Fla. Bar No. 775398)
> 2 S. Biscayne Boulevard, Suite 3700
> Miami, Florida 33131
> Tel: (305) 341-3000
> Fax: (305) 371-6807
> mchesal@pch-iplaw.com

  Now, therefore, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**; and it is further

  **ORDERED** that Michael B. Chesal of Peretz Chesal & Herrmann, P.L., be admitted to practice *pro hac vice* in the above-captioned case in the United States Court for the Southern District of New York; and it is further

1

      **ORDERED** that, having been so admitted, Michael B. Chesal is subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: *October 20*, 2016

                                                                *Deborah A. Batts*
                                                     Hon. Deborah A. Batts, U.S.D.J.