# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/20/16_

---

TELAMERICA MEDIA, LLC d/b/a
CADENT NETWORK, a Delaware limited
liability company,

        Plaintiff,

v.

HUNTER, HAMMERSMITH &
ASSOCIATES ADVERTISING, INC., a
Florida Corporation,

        Defendant.

---

Index No. 16-cv-05480(DAB)

DAB 10/20/16

[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION
PRO HAC VICE OF STEVEN I. PERETZ

This Court, having considered Defendant Hunter, Hammersmith & Associates Advertising, Inc.'s motion for admission *pro hac vice*, and the accompanying declaration of Craig B. Whitney, dated October 18, 2016, hereby finds that Steven I. Peretz of Peretz Chesal & Herrmann, P.L., is a member in good standing of the bar of the State of Florida, and that his contact information is as follows:

> **PERETZ, CHESAL & HERRMANN, P.L.**
> Steven I. Peretz (Fla. Bar No. 329037)
> 2 S. Biscayne Boulevard, Suite 3700
> Miami, Florida 33131
> Tel: (305) 341-3000
> Fax: (305) 371-6807
> speretz@pch-iplaw.com

Now, therefore, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**; and it is further

**ORDERED** that Steven I. Peretz of Peretz Chesal & Herrmann, P.L., be admitted to practice *pro hac vice* in the above-captioned case in the United States Court for the Southern District of New York; and it is further

1

ORDERED that, having been so admitted, Steven I. Peretz is subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _October 20,_____, 2016

_Deborah A. Batts_
Hon. Deborah A. Batts, U.S.D.J.