**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELAMERICA MEDIA, LLC d/b/a CADENT NETWORK, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER, HAMMERSMITH & ASSOCIATES ADVERTISING, INC., a Florida Corporation,<br><br>Defendant. | Index No. 16-cv-05480(DAB)<br><br>DAB<br>10/20/16<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF ALBERTO ALVAREZ |

This Court, having considered Defendant Hunter, Hammersmith & Associates Advertising, Inc.'s motion for admission *pro hac vice*, and the accompanying declaration of Craig B. Whitney, dated October 18, 2016, hereby finds that Alberto Alvarez of Peretz Chesal & Herrmann, P.L. is a member in good standing of the bar of the State of Florida, and that his contact information is as follows:

> **PERETZ, CHESAL & HERRMANN, P.L.**
> Alberto Alvarez (Fla. Bar No. 106859)
> 2 S. Biscayne Boulevard, Suite 3700
> Miami, Florida 33131
> Tel: (305) 341-3000
> Fax: (305) 371-6807
> aalvaarez@pch-iplaw.com

Now, therefore, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**; and it is further

**ORDERED** that Alberto Alvarez, of Peretz Chesal & Herrmann, P.L., be admitted to practice *pro hac vice* in the above-captioned case in the United States Court for the Southern District of New York; and it is further

1

**ORDERED** that, having been so admitted, Alberto Alvarez is subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: October 20, 2016

*Deborah A. Batts*
Hon. Deborah A. Batts, U.S.D.J.